# Court of Appeals
# of the State of Georgia

ATLANTA,    April 01, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0564. BARNES v. BANK OF AMERICA, N.A.**

Appellant's brief and enumerations of error were due on December 12, 2013 and have not been filed. Appellant has not sought an extension of time for filing. Accordingly, this appeal is DISMISSED pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/01/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*